DAVID M GOODRICH (State Bar No. 208675)
dgoodrich@goodlawcorp.com
GOODRICH LAW CORPORATION
26459 Rancho Parkway South
Lake Forest, CA 92630
Telephone: (949) 709-2662
Facsimile: (949) 340-9746

Attorney for Debtor
STEPHANIE M. GRAVES

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:09-bk-23933 ES |
| STEPHANIE M. GRAVES, | CHAPTER 7 |
| Debtor. | MOTION TO COMPEL ABANDONMENT OF ESTATE PROPERTY |
| | Hearing Date and Time:<br>Date:   April 6, 2010<br>Time:  10:30 a.m.<br>Ctrm:  5A |

Debtor STEPHANIE M. GRAVES ("Debtor") hereby moves this Court for an Order compelling the Chapter 7 Trustee RICHARD A. MARSHACK ("Trustee") to abandon real property commonly known as 67 Waterspout, Irvine, California 92602, as follows:

/ / /

/ / /

/ / /

1

I. BACKGROUND FACTS

On December 14, 2009, STEPHANIE M. GRAVES (the "Debtor") filed the instant bankruptcy case. See Exhibit "D" to the Debtor's Request for Judicial Notice, filed herewith. As part of her Amended Schedules filed with the Court, the Debtor listed real property located at 67 Waterspout, Irvine, California 92620 (the "Residence"). (See Exhibit "E" to the Debtor's Request for Judicial Notice, filed herewith).

On January 26, 2010, the Debtor attended her regularly scheduled §341(a) Meeting of Creditors. The Meeting of Creditors was concluded on January 26, 2010. (See Declaration of Debtor filed herewith).

The Debtor has obtained a written opinion of value for the Residence. The value is less than the total amount of liens held against the Residence. (See Declaration of Debtor and Exhibits "A", "B" and "C" to the Declaration of Debtor, filed herewith).

The Debtor seeks to enter into an agreement to "short sale" the Residence in an effort to avoid a remark of "foreclosure" on her credit report. (See Declaration of Debtor, filed herewith).

To date, the Trustee has not abandoned the Arbitration Claim. (See Exhibit "A" to the Debtor's Request for Judicial Notice).

II. ARGUMENT

11 U.S.C. §554(b) provides:

> "On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

Further, abandonment pursuant to §§ 554(a) or (b), according to Federal Rule of Bankruptcy Procedure 6007, requires notice, a hearing, and an order of the court authorizing the abandonment.

The Court has the authority to order abandonment under these circumstances, and where the asset is of no benefit to the estate. Pace v. Battley, 146 B.R. 562 146 B.R. 562; 1992 (9th Cir. BAP 1992), citing In re Reed, 940 F.2d 1317, 1321 (9th Cir. 1991) and In re Hyman, 123 Bankr. 342, 348 (9th Cir. BAP 1991).

/ / /

2

In this case, the Debtor is a party in interest because she holds fee simple interest in the Residence which will vest upon abandonment. Accordingly, the Debtor is a party in interest within the meaning of §554(b).

More importantly, the Residence is of inconsequential value and benefit to the Bankruptcy Estate. The value of the Residence is exceeded by the total liens held against the Residence. As a consequence, the Residence is of inconsequential value and benefit to the Bankruptcy Estate.

### III.    CONCLUSION

Because the Residence is of no value or benefit to the Bankruptcy Estate, the Court should order the Trustee abandon the Bankruptcy Estate's interest in the Residence to the Debtor.

WHEREFORE, Debtor prays judgment as follows:

1. An Order compelling the Trustee to abandon the Bankruptcy Estate's interest in the Residence; and

2. For such other and further relief as the court deems just and proper.

DATED: March 8, 2010                    GOODRICH LAW CORPORATION

By: /s/ David M. Goodrich
    DAVID M GOODRICH
    Attorneys for Debtor
    STEPHANIE M. GRAVES

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 26459 Rancho Parkway South, Lake Forest, CA 92630

The foregoing document described  MOTION TO COMPEL ABANDONMENT OF ESTATE PROPERTY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 8, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On March 8, 2010,  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| Trustee: | U.S. Trustee: | Judge's Copy: |
|---|---|---|
| Richard A. Marshack | United States Trustee | Hon. Erithe Smith |
| Marshack Hays LLP | 411 W. Fourth St., Suite 9041 | 411 W. Fourth St., Suite 5041 |
| 5410 Trabuco Road Suite 130 | Santa Ana, CA 92701-4593 | Santa Ana, CA 92701-4593 |
| Irvine, CA 92620-5749 | | |

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 8, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 8, 2010 | David M. Goodrich | /s/ David M. Goodrich |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## SERVICE LIST

American Express
P.O. Box 981537
El Paso, TX 79998

American Express
PO Box 981532
El Paso, TX 79998

Bank Of America
Pob 17054
Wilmington, DE 19884

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH 43219

CitiBank
P.O. Box 6241
Sioux Falls, SD 57117

Discover Financial
P.O. Box 15316
Wilmington, DE 19850

Internal Revenue Services
ACS Support - Stop 819G
PO Box 145566
Cincinnati, OH 45250-5565

OneWest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009

Woodbury Community Association
23726 Birtcher Drive
Lake Forest, CA 92630